IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Janoblin Brown, | ) | C/A No.: 1:19-2006-BHH-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| South Carolina Department of | ) | |
| Corrections, Timothy Jackson, | ) | |
| Damion Gaskin, LaQuinta Neals- | ) | |
| Rasberry, and Chelsea McRae, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This action was filed in this court on July 18, 2019. [ECF No. 1]. Pursuant to the last scheduling order, dispositive motions, if any, were to be filed by no later than July 13, 2020. [ECF No. 20]. This deadline has now expired.

Because the discovery and dispositive motions deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

*Shiva V. Hodges*

July 20, 2020                              Shiva V. Hodges
Columbia, South Carolina          United States Magistrate Judge