IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Janoblin Brown, ) | C/A No.: 1:19-2006-BHH-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | TRIAL ORDER |
| South Carolina Department of ) | |
| Corrections, Timothy Jackson, ) | |
| Damion Gaskin, LaQuinta Neals- ) | |
| Rasberry, and Chelsea McRae, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This action was removed to this court on July 18, 2019. Pursuant to the Sixth and Final Amended Scheduling Order entered by the court on July 9, 2021, discovery was to be completed by September 17, 2021, with dispositive motions, if any, to be filed by no later than October 1, 2021. [ECF No. 84]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

October 4, 2021                                             Shiva V. Hodges
Columbia, South Carolina                        United States Magistrate Judge